# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

Date: 12/20/12

In re:   Case No.:   91–42106 PM    Chapter:   13

Donna Jean Miller
Debtor(s)

# DEFICIENCY NOTICE

DOCUMENT: 16 – Motion to Withdraw Unclaimed Funds from Court Registry in the amount of $220.92 Filed by Nissan Motor Acceptance Corporation. (James, Stephanie)

PROBLEM: Proper identification was not provided for Brian Dilks.

CURE: File a corrected Motion to Withdraw Unclaimed Funds.

CONSEQUENCE: Failure to cure the problem(s) by the date below may result in the pleading being stricken or other action the Court deems appropriate without further notice.

**All deficiencies must be cured by 1/3/13.**

**Additional information for non–attorney filers is available at
http://www.mdb.uscourts.gov/content/after–filing**

Mark D. Sammons, Clerk of Court
by Deputy Clerk, Stephanie James  301–344–3328

cc:   Debtor(s)
      Attorney for Debtor(s) – John R. Owen Jr.

Form defntc (01/06)